Richard E. Donahoo, State Bar No. 186957
Sarah L. Kokonas, State Bar No. 262875
Judith L. Camilleri, State Bar No. 282503
William E. Donahoo, State Bar No. 322020
**DONAHOO & ASSOCIATES, PC**
440 West First Street, Suite 101
Tustin, CA 92780
Telephone: (714) 953-1010
Facsimile: (714) 953-1777
Email:
rdonahoo@donahoo.com
skokonas@donahoo.com
jcamilleri@donahoo.com
wdonahoo@donahoo.com

Attorneys for Plaintiff BRADLEY PURINTUN

Additional counsel on next page

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY PURINTUN,<br><br>Plaintiff,<br><br>v.<br><br>DECKS WEST, LLC, a Washington corporation; TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut Corporation and DOES 1 through 200, inclusive,<br><br>Defendants.<br><br>AND RELATED CROSS-CLAIMS. | Case No.: Case No. 2:20-cv-01545-AB-GJS<br>District Judge: André Birotte Jr.<br>Magistrate Judge: Gail J. Standish<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 41(a)(1)(A)**<br><br>Complaint Filed: December 6, 2019<br>Complaint Removed: February 18, 2020<br>Cross-Claim Filed: February 25, 2020<br>Third Party Complaint Filed: February 25, 2020<br>Trial Date:      February 2, 2021 |

Michael I. Wayne, Esq.
**LAW OFFICES OF MICHAEL I. WAYNE, APC**
149 So. Barrington Ave., No. 143
Los Angeles, CA 90049
Telephone: (949) 229-0961
Email: ethannelsonesq@gmail.com

Attorneys for defendant TRAVELERS CASUALTY AND SURETY COMPANY

Ethan H. Nelson
**The Law Office of Ethan H. Nelson**
4 Park Plaza, Suite 1025
Irvine, CA 92614
Telephone: (949) 229-0961
Email: ethannelsonesq@gmail.com

Attorneys for Defendant DECKS WEST, LLC. and Third-Party Defendant Tyler Given

Francis J. Lanak, Esq.
Natasha K. Buchanan, Esq.
**LANAK & HANNA, P.C.**
625 The City Drive South, Suite 190
Orange, CA 92868
Telephone: (714) 620-2350
Email: flanak@lanak-hanna.com
Email: nkbuchanan@lanak-hanna.com

Attorneys for Defendant/Cross-Claimant/Third Party Plaintiff
U.S. SPECIALTY INSURANCE COMPANY

{1933 26698}

2

**STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)**

**TO THE COURT AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff BRADLEY PURINTUN ("Plaintiff") and Defendants Decks West, LLC and Travelers Casualty and Surety Company, Cross-Defendant Tyler Given, and Defendant/Cross-Claimant/Third Party Plaintiff US Specialty Insurance Company ("USSIC") (collectively, "Defendants"), hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint only in the above-captioned action as follows:

WHEREAS, the Plaintiff and Defendants have agreed to stipulate to the dismissal with prejudice of Plaintiff's Complaint only in the above-captioned action pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A).

WHEREAS, the Cross-claim filed by USSIC against Decks West, LLC dba D W Glass, [Document No. 9] and Third Party Plaintiff Complaint filed by USSIC against Cross-Defendant Tyler Given, [Document No. 10] remains unaffected by this stipulated dismissal.

THEREFORE, IT IS HEREBY STIPULATED by and between Plaintiff and Defendants, and through their designated counsel, that the above-captioned action should be dismissed with prejudice as to Plaintiff's Complaint only against Defendants pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A).

DATED: October 5, 2020    DONAHOO & ASSOCIATES, PC

By: /s/ Richard E. Donahoo
Richard E. Donahoo
William E. Donahoo
Attorneys for Plaintiff Bradley Purintun

DATED: October 5, 2020    LAW OFFICES OF MICHAEL I. WAYNE, APC

By: /s/ Michael I. Wayne
Michael I. Wayne
Attorneys for Defendant TRAVELERS CASUALTY AND SURETY COMPANY

DATED: October 5, 2020          LAW OFFICE OF ETHAN H. NELSON

                                By:  /s/ Ethan H. Nelson
                                     Ethan H. Nelson
                                     Attorneys for Defendant DECKS WEST,
                                     LLC and Cross-Defendant TYLER GIVEN

DATED: October 5, 2020          LANAK & HANNA, P.C.

                                By:  /s/ Natasha K. Buchanan
                                     Francis J. Lanak
                                     Natasha K. Buchanan
                                     Attorneys for Defendant/Cross-claimant/
                                     Third Party Plaintiff US SPECIALTY
                                     INSURANCE COMPANY

**PROOF OF SERVICE**
**United States District Court – Central District Of California**
**Bradley Purintun, etc. v. Decks West, LLC, et al.**
**Case No. 2:20-cv-01545-AB-GJS**
**File No. 26698**

I am employed in the County of Orange, State of California; I am over the age of eighteen (18) and not a party to the within action; my business address is 625 The City Drive South, Suite 190, Orange, CA 92868. On **October 5, 2020**, I served the foregoing document(s) described as **STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 41 (a)(1)(A)** on all interested parties to this action by delivering

☒   a copy            ☐   an original

thereof in a sealed envelope addressed to each of said interested parties at the following address(es):

SEE ATTACHED SERVICE LIST

☐   **(BY US MAIL)** On July____, 2020 I served the following persons and/or entities at the last known addresses in this case by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   **(BY ELECTRONIC SERVICE)** Pursuant to controlling General Orders and LFR, the foregoing document will be served by the court via CM/ECF and hyperlink to the document. On June 16, 2020, I checked the CM/ECF document for this case proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐   **(BY E-MAIL SERVICE)** I caused such document to be delivered electronically via e-mail to the e-mail address of the addressee(s) set forth in the attached service list.

☐   **(BY PERSONAL DELIVERY, OVERNIGHT COURIER, FACSIMILE TRANSMISSION OR EMAIL)** (state method for each person or entity served): Pursuant to F.R.Civ. P. 5 and/or controlling LFR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on **October 5, 2020**, at Orange, California.

_____
Jessika Vanderheiden

1
**PROOF OF SERVICE**

**SERVICE LIST**

| | |
|---|---|
| Richard E. Donahoo, Esq.<br>Sarah L. Kokonas, Esq.<br>Judith L. Camilleri, Esq.<br>William E. Donahoo, Esq.<br>DONAHOO & ASSOCIATES, PC<br>440 W. First Street, Suite 101<br>Tustin, CA 92780<br>Tel: (714) 953-1010<br>rdonahoo@donahoo.com<br>skokonas@donahoo.com<br>jcamilleri@donahoo.com<br>wdonahoo@donahoo.com | Attorneys for Plaintiff<br><br>**BRADLEY PURINTUN, as an individual, and on behalf of the general public for all those similarly situated** |
| Michael I. Wayne, Esq.<br>LAW OFFICES OF MICHAEL I. WAYNE, APC<br>149 S. Barrington Avenue, #143<br>Los Angeles, CA 90049<br>Tel: (310) 926-6453<br>Michaelwayne1@mac.com | Attorneys for Defendant<br><br>**TRAVELERS CASUALTY AND SURETY COMPANY** |
| Ethan H. Nelson, Esq.<br>THE LAW OFFICE OF ETHAN H. NELSON<br>4 Park Plaza, Suite 1025<br>Irvine, CA 92614<br>Tel: (949) 229-0961<br>Ethannelsonesq@gmail.com | Attorneys for Defendant<br><br>**DECKS WEST, LLC** |