# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY PURINTUN, as an Individual, and on behalf of the general public for all those similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>DECKS WEST, LLC, a Washington corporation; TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut Corporation and DOES 1 through 200, inclusive,<br><br>    Defendants.<br><br>AND RELATED CLAIMS. | CASE NO.: 2:20-cv-01545-AB-GJS<br><br>Honorable André Birotte Jr<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF PLAINTIFF'S COMPLAINT PURSUANT TO FRCP 41(a)(1)(A)** |

# ORDER

THIS MATTER having been opened to the Court upon the stipulation of Plaintiff BRADLEY PURINTUN ("Plaintiff") and Defendants DECKS WEST, LLC and TRAVELERS CASUALTY AND SURETY COMPANY, Cross-Defendant TYLER GIVEN, and Defendant/Cross-Claimant/Third Party Plaintiff U.S. SPECIALTY INSURANCE COMPANY ("USSIC") (collectively, "Defendants"), submitted by and through their counsel, seeking the entry of an Order dismissing with prejudice of Plaintiff's Complaint only and the Court having considered the stipulation; and for good cause appearing therefrom:

The Court hereby **GRANTS** the Stipulation for Dismissal of Plaintiff's Complaint Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A). Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE.**

The Crossclaim filed by USSIC against Decks West, LLC dba D W Glass, [Dkt. No. 9] and Third-Party Plaintiff Complaint filed by USSIC against Cross-Defendant Tyler Given, [Dkt. No. 10] remain unaffected by this stipulated dismissal.

**IT IS SO ORDERED.**

DATED: October 8, 2020

By: _____

Hon. André Birotte Jr.
United States District Court, Central District