UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY PURINTUN, as an individual and on behalf of the general public for all those similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>DECKS WEST, LLC; TRAVELERS CASUALTY AND SUERTY COMPANY, and DOES 1 through 200.<br><br>Defendants. | Case No. 2:20-CV-01545-AB-GJS<br><br>**ORDER STAYING CASE AS TO CROSS-DEFENDANT TYLER GIVEN** |

The Court has been advised that prosecution of this action has been partially stayed by the filing of a bankruptcy petition as to Cross-Defendant TYLER GIVEN, Dkt. No. 43. *See* 11 U.S.C. § 362.

**IT IS HEREBY ORDERED** that this action is stayed ONLY as to Cross-Defendant TYLER GIVEN, absent a request from Plaintiff. In order to permit the Court to monitor this action, the Court orders Plaintiff(s) to file periodic status reports indicating what steps have been taken to obtain relief from the stay or to prosecute the stayed claims in the bankruptcy proceeding. The first such report is to be filed on March 15, 2021, unless the stay is lifted sooner. Successive reports shall be filed

1.

every 90 days thereafter. Each report must indicate on the face page the date on which the next report is due. The parties must also file a Status Report within ten (10) days after the bankruptcy case concludes.

This Court retains jurisdiction over this action and this Order shall not prejudice any party to this action.

IT IS SO ORDERED.

Dated: December 16, 2020      _____
HONORABLE ANDRÉ BIROTTE JR.
United States District Court Judge

2.