JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY PURINTUN, as an Individual, and on behalf of the general public for all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DECKS WEST, LLC, a Washington corporation; TRAVELERS CASUALTY AND SURETY COMPANY, a Connecticut Corporation and DOES 1 through 200, inclusive,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | CASE NO.: 2:20-cv-01545-AB-GJS<br><br>BEFORE THE HONORABLE<br>District Judge André Birotte, Jr<br>Magistrate Judge Gail J. Standish<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF U.S. SPECIALTY INSURANCE COMPANY'S CROSS-CLAIM AND THIRD PARTY COMPLAINT PURSUANT TO FRCP 41(a)(1)(A), 41(c)(2)** |

# ORDER

THIS MATTER having been opened to the Court upon the stipulation of Cross-Claimant/Third Party Plaintiff US Specialty Insurance Company ("USSIC") and Cross-Defendants Decks West, LLC and Tyler Given (collectively, "Cross-Defendants"), submitted by and through their counsel, seeking the entry of an Order dismissing without prejudice of USSIC's Cross-Claim [Document No. 9] and Third Party Plaintiff's Complaint [Document No. 10] and the Court having considered the stipulation; and for good cause appearing therefrom:

The Court hereby Grants the Stipulation for Dismissal of USSIC's Cross-Claim and Third Party Plaintiff's Complaint as against Cross-Defendants pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A), 41(c)(2).

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A) and 41(c)(2), USSIC's Cross-Claim and Third Party Plaintiff's Complaint is hereby dismissed without prejudice. Because there are no additional parties or claims, this matter is hereby ordered closed.

IT IS SO ORDERED.

DATED: December 30, 2020

By: _____
Hon. André Birotte Jr.
United States District Court, Central District